UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM TED HOLLIDAY,
    Plaintiff,

vs.                                      Case No.: 3:19cv4945/RV/EMT

MARK S. INCH, et al.,
    Defendants.
_____/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on October 12, 2021 (ECF No. 22). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection (ECF No. 23), which I have reviewed *de novo*.

Having considered the Report and Recommendation, and the plaintiff's objection thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** as malicious and abusive of the judicial process and for failure to state a claim on which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 26th day of October 2021.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:19cv4945/RV/EMT